1042

[No. 71448-1-I.   Division One.   October 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIANA MIN CRATSENBERG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04450-0, Theresa B. Doyle, J., entered January 17, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Trickey, JJ.

[No. 72338-3-I.   Division One.   October 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL LEE IRWIN, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated December 14, 2015. Substitute opinion filed. Now published at 191 Wn. App. 644.

[No. 72566-1-I.   Division One.   October 26, 2015.]

BROUGHTON LAW GROUP, INC., *Appellant*, v. FIRE INSURANCE EXCHANGE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-34143-3, Dean Scott Lum, J., entered September 29, 2014. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Cox, J.

[No. 72622-6-I.   Division One.   October 26, 2015.]

CLORRISSA ESTRELLA, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-20857-0, John H. Chun, J., entered October 14, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Trickey, JJ.